UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
AGUSTIN CAMANO ANZUREZ, *individually and on* :
*behalf of others similarly situated*, :
:  20-CV-3828 (JMF)
Plaintiff, :
:  ORDER
 -v- :
:
LA UNICA CARIDAD INC. d/b/a LA CARIDAD 78 :
RESTAURANT et al., :
:
Defendants. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On May 18, 2020, Plaintiff filed his Complaint with the Court. *See* ECF No. 1. Defendant La Unica Caridad Inc. was served with the Complaint on May 20, 2020, and proof of service was filed with the Court. *See* ECF No. 14. To date, Defendant has neither answered the Complaint, nor otherwise appeared in this action. As a courtesy, the Court extends Defendant's deadline to respond to the Complaint to **July 1, 2020**. If Defendant fails to do so by then, the Court will set a schedule for a motion for default judgment.

    In addition, Plaintiff shall file proof of service for any other Defendant who has been served by **July 1, 2020**.

    SO ORDERED.

Dated: June 26, 2020
       New York, New York  
                                          JESSE M. FURMAN  
                                         United States District Judge