UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                 :

AGUSTIN CAMANO ANZUREZ, *individually and on*  :
*behalf of others similarly situated*,                       :

                                    Plaintiff,            :          20-CV-3828 (JMF)

                -v-                                  :          <u>ORDER</u>

LA UNICA CARIDAD, INC., et al.,                         :

                                 Defendants.         :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      There is no indication on the docket that the summons and complaint have been served on Defendants Miguel Yip, Gary Doe, and Sam Lee.  In light of that, the initial pretrial conference currently scheduled for August 20, 2020 is hereby ADJOURNED to **September 24, 2020** at **3:45 p.m.**  The hearing at which Defendant La Unica Caridad, Inc. was ordered to appear and show cause before this Court why an order should not be issued granting a default judgment against it, also scheduled for August 20, 2020, *see* ECF No. 16, is hereby ADJOURNED to the same date and time, namely, **September 24, 2020**, at **3:45 p.m.**

      Plaintiff shall serve a copy of this Order on all Defendants and, no later than August 17, 2020, file proof of such service on the docket.

      SO ORDERED.

Dated: August 10, 2020
       New York, New York                                    JESSE M. FURMAN
                                                               United States District Judge