UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
AGUSTIN CAMANO ANZUREZ, *individually and on* :
*behalf of others similarly situated*, :
:
                    Plaintiffs, :     20-CV-3828 (JMF)
:
     -v-      :     ORDER
:
LA UNICA CARIDAD, INC., :
:
                    Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On August 12, 2020, the Court granted Plaintiff leave to amend his Complaint. *See* ECF No. 29. In doing so, the Court ordered Plaintiff to "serve the amended complaint on Defendants no later than August 21, 2020" and noted that "La Unica Caridad, Inc., although currently in default, will then have three weeks in which to answer or otherwise respond to the amended complaint." Notwithstanding the Court's instruction, Plaintiff did not serve Defendant La Unica Caridad, Inc. with the First Amended Complaint until September 16, 2020. *See* ECF No. 38. In light of that, and in light of the fact that Defendant Kwok Wood Lee has not yet responded to the First Amended Complaint, but has until September 23, 2020 to do so, *see* ECF No. 32, the proceeding currently scheduled for September 24, 2020 is ADJOURNED to **October 14, 2020** at **4:00 p.m**.

      SO ORDERED.

Dated: September 18, 2020
      New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge