UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                      :

AGUSTIN CAMANO ANZUREZ, *individually and on behalf of others similarly situated*,

                                         Plaintiff,

                          -v-

LA UNICA CARIDAD, INC. d/b/a LA CARIDAD 78 RESTAURANT et al.,

                                         Defendants.

------------------------------------------------------------------------X

20-CV-3828 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      The proceeding on **October 29, 2020** at **3:30 p.m.** will be a hearing on the pending default judgment motion as to Defendant La Unica Caridad, Inc. The proceeding will be held remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

      As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall email the Court a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

      In light of the appearance of counsel for Defendants Kwok Wood Lee and Miguel Yip, ECF No. 42, the October 29 proceeding will be treated as the initial pretrial conference as to them, per the Court's order of September 29, 2020, ECF No. 40. Counsel should submit their proposed case management plan and joint letter by the Thursday prior to the conference, as directed in the Court's earlier Scheduling Order. *See* ECF No. 13. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and those parties need not appear. Counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

**Plaintiff shall promptly serve this order on Defendant La Unica Caridad, Inc.** and, no later than October 21, 2020, file proof of service on the docket.

SO ORDERED.

Dated: October 19, 2020
      New York, New York

                                        JESSE M. FURMAN
                                 United States District Judge