UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                                              :
AGUSTIN CAMANO ANZUREZ, *individually and on*                 :
*behalf of others similarly situated*,                        :
                                                              :
                                    Plaintiff,                :        20-CV-3828 (JMF)
                                                              :
              -v-                                             :        ORDER
                                                              :
LA UNICA CARIDAD INC. d/b/a LA CARIDAD 78                     :
RESTAURANT et al.,                                            :
                                                              :
                                    Defendants.               :
                                                              :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       No later than **October 27, 2020,** Plaintiff shall file a letter explaining whether it makes
sense to proceed with the default judgment hearing (currently scheduled for Thursday) against
Defendant La Unica Caridad, Inc. in light of the appearance of Defendants Miguel Yip and
Kwok Wood Lee and the parties' desire to pursue mediation. *See* ECF No. 50.  Plaintiff shall
promptly serve Defendant La Unica Caridad, Inc. with a copy of this Order and a copy of its
letter in response, and shall file proof of such service on the docket.

       SO ORDERED.

Dated: October 26, 2020
       New York, New York
                                        _____
                                                  JESSE M. FURMAN
                                               United States District Judge