UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
AGUSTIN CAMANO ANZUREZ,
*individually and on behalf of others similarly situated,*

              *Plaintiff,*

    -v-

LA UNICA CARIDAD INC. (D/B/A LA CARIDAD 78 RESTAURANT), MIGUEL YIP, and KWOK WOOD LEE,

              *Defendants.*
----------------------------------------------------------X

Index No. 20-cv-3828 (JMF)

**~~PROPOSED~~ DEFAULT JUDGMENT AGAINST DEFENDANT LA UNICA CARIDAD INC. (D/B/A LA CARIDAD 78 RESTAURANT)**

    The Summons, Complaint, and Amended Complaint in this action having been duly served on the above-named Defendant LA UNICA CARIDAD INC. (D/B/A LA CARIDAD 78 RESTAURANT), and said Defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration in support of entry of default judgment, with exhibits thereto;

    NOW, on motion of Michael Faillace & Associates, PC, counsel for Plaintiff, it is hereby

    ORDERED and ADJUDGED that Defendant LA UNICA CARIDAD INC. (D/B/A LA CARIDAD 78 RESTAURANT) is liable to Plaintiff AGUSTIN CAMANO ANZUREZ, as alleged in the complaint in this action, for unpaid minimum and overtime wages pursuant to the Fair Labor Standards Act (FLSA) and New York Labor Law (NYLL), unpaid spread-of-hours pay pursuant to NYLL §§ 650 *et seq.* and 12 N.Y.C.R.R. §§ 146-1.6, failure to furnish wage notice and wage statements as required under Section 195 of the New York Labor Law, and unlawful "kickbacks" in violation of Section 198-b(2) of the New York Labor Law, together with interest, costs, and attorneys' fees, all in a total to be ascertained.

                SO ORDERED.

                              October 29, 2020