UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AGUSTIN CAMANO ANZUREZ,                     :

            Plaintiff,                     :        <u>ORDER</u>

  -v.-                                                           :
                                                           20 Civ. 3828 (JMF)) (GWG)
LA UNICA CARIDAD INC., et al.,                    :

           Defendants.                  :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Based on the parties' settlement letters, it appears that plaintiff's counsel, Jordan Gottheim, has either not read the Court's Order of November 5, 2020 (Docket # 60), or willfully failed to comply with its terms.

      Mr. Gottheim is directed to read the November 5 Order immediately. On or before December 2, 2020, he shall (1) file a sworn statement indicating that he has read the Order and (2) submit a settlement letter compliant with that Order. Among other things, the Court notes that, while Mr. Gottheim submitted an untimely letter on December 1, 2020 (after repeated requests from a court clerk), the letter contains no history of settlement discussions and no indication that plaintiff made the settlement demand required on page 2 of the Court's Order. That demand shall be made by 3:00 p.m. on December 2, 2020.

      Mr. Gottheim shall also file a letter on or before December 2, 2020, explaining why he should not be sanctioned pursuant to Fed. R. Civ. P. 16(f)(1)(c) for (1) not seeking an extension of the deadline to file the settlement letter and (2) not otherwise complying with the November 5, 2020 order.

      SO ORDERED.

Dated: December 1, 2020
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge