UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AGUSTIN CAMANO ANZUREZ, *individually and on behalf of others similarly situated,*

Plaintiff,

-against-

LA UNICA CARIDAD INC. (D/B/A LA CARIDAD 78 RESTAURANT), MIGUEL YIP and KWOK WOOD LEE,

Defendants.
-------------------------------------------------------X

Case No. 1:20-cv-3828-JMF-GWG

~~(PROPOSED)~~ JUDGMENT

WHEREAS on or about December 29, 2020, Defendants MIGUEL YIP and KWOK WOOD LEE extended to Plaintiff AGUSTIN CAMANO ANZUREZ an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of twenty-two thousand dollars and zero cents ($22,000.00), and whereas said Plaintiff accepted said offer on or about December 29, 2020,

JUDGMENT shall be entered in favor of said Plaintiff against said individual Defendants in the amount of twenty-two thousand dollars and zero cents ($22,000.00).

Dated: New York, New York

   December 30, 2020.

_____
JESSE M. FURMAN, U.S.D.J.