UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AGUSTIN CAMANO ANZUREZ,                             :

               Plaintiff,                  :       ORDER

                                                  :       20 Civ. 3828 (JMF) (GWG)

   -v.-                                              :

LA UNICA CARIDAD INC., et al.,                       :

               Defendants.              :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court is now conducting an inquest on damages as to the defaulting defendant, La Unica Caridad Inc. Docket ## 76, 78. The amended complaint and plaintiff's declaration indicate that plaintiff worked through December 31, 2015. See Docket # 30 ¶¶ 44-46; Docket # 82-4 ¶¶ 4, 9-11. The plaintiff's damages chart, however, fails to indicate any damages for the period from October 16, 2015 to December 30, 2015. See Docket # 82-5.

      Accordingly, it is hereby ORDERED that, on or before April 15, 2021, plaintiff shall file either a letter (or sworn statement if appropriate) explaining the gap or a corrected damages chart.

Dated: April 8, 2021
       New York, New York

SO ORDERED.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge