UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
AGUSTIN CAMANO ANZUREZ,
*individually and on behalf of others similarly situated,*

                     Plaintiff,

   v.

LA UNICA CARIDAD INC. (D/B/A LA
CARIDAD 78 RESTAURANT), MIGUEL YIP,
and KWOK WOOD LEE,

                     Defendants.
------------------------------------------X

JUDGMENT

20-cv-3828 (JMF)

A Memorandum and Order of the Honorable Jesse M. Furman, United States District Judge, having been filed on July 28, 2021, adopting the Report and Recommendation of Magistrate Judge Gabriel W. Gorenstein, dated July 12, 2021, directing the Clerk of Court to enter judgment against the defendants jointly and severally in the total amount of $365,055.56, consisting of $7,200 in unpaid minimum wages, $162,879.78 in unpaid overtime, $18,213.00 in unpaid spread of hours, $188,292.78 in liquidated damages, $10,000 in statutory damages, $470.00 in costs, and plus $67,271.76 in prejudgment interest.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).; it is

ORDERED and ADJUDGED that judgment is hereby entered against the defendants jointly and severally in the total amount of $432,327.32.

Dated: New York, New York
       July 29, 2021

Douglas C. Palmer
Clerk of Court

By: _____
     Deputy Clerk